JOHN J. HALLERAN and Another, Copartners, Doing Business under the Firm Name and Style of HALLERAN AGENCY, Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.

First Department, February 17, 1933.

*Walter K. Earle* of counsel [*John M. Briley* with him on the brief; *Shearman & Sterling*, attorneys], for the appellant.

*J. Cyril Donoghue*, for the respondents.

PER CURIAM. The complaint fails to state facts in support of the general allegation that the defendant interfered in the course of the negotiations and prevented the consummation of the sale.

The order should be reversed, with twenty dollars costs and disbursements, and the motion granted, with ten dollars costs.

Present — FINCH, P. J., MERRELL, O'MALLEY, SHERMAN and TOWNLEY, JJ.

Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs.